IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02147-RPM-GJR

LORNA TILLMAN,

    Plaintiff,

v.

SWIFT TRANSPORTATION CORPORATION,

    Defendant.

_____

## ORDER DENYING MOTION TO REMAND
_____

Upon consideration of the Motion to Remand [8], filed on October 9, 2008, it is

ORDERED that the motion is denied.

Dated: October 10, 2008

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____
                  Richard P. Matsch, Senior District Judge