IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02147-RPM-GJR

LORNA TILLMAN,

    Plaintiff,

v.

SWIFT TRANSPORTATION CORPORATION,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Upon consideration of the Stipulation to Dismiss with Prejudice [13], filed on November 3, 2008, it is

ORDERED that this case is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: November 4th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge